UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL Q. BLACK )<br>)<br>v. )<br>)<br>PETER F. KILMARTIN, the Attorney )<br>General, CHARLES J. FOGARTY, )<br>Director of the Department of Labor and )<br>Training, and J.P. MORGAN CHASE ) | C.A. 11-265M |

ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin dated July 6, 2011 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). This case is remanded to the Providence County Superior Court.

BY ORDER:

John J. McConnell, Jr.
United States District Judge
July 20, 2011